B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re Debtor 1: Randy Wright,                     Case No. 18-30843

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2017-1 | U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2018-A |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Phone: (800) 365-7107
Last Four Digits of Acct #: 5002

Court Claim # (if known): 5
Amount of Claim: $33,972.00
Date Claim Filed: 05/09/2018

Phone: 800-365-7107
Last Four Digits of Acct. #: 5002

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Lackey    As Authorized Agent         Date:  11/14/2019
        Transferee/Transferee's Agent

**Penalty for making a false statement:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.